

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00474-CV

**IN THE INTEREST B.J.A., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00541
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due on September 3, 2019. Appellant has filed a motion for a 13-day extension of time to file the brief until September 23, 2019. The motion is GRANTED. Appellant's brief is due no later than September 23, 2019. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court